## PETRONIA ET AL. v. ALASKA.

No. 108.   Decided October 9, 1967.

*J. Duane Vance* for appellants.

*Edgar Paul Boyko,* Attorney General of Alaska, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted.

## MORGAN ET AL., DBA M & T GUM MACHINE CO. v. ALABAMA.

No. 170.   Decided October 9, 1967.

*Robert B. Stewart* for appellants.

*MacDonald Gallion,* Attorney General of Alabama, and *Willard W. Livingston* and *William H. Burton,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.